|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 18, 2023<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JASPREET PADDA,

       Defendant.

Case No.  2:23-mj-00159-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JASPREET PADDA, Case No. 2:23-mj-00159-JDP, Charge 18 U.S.C. § 371, from custody for the following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

    _X_  Bail Posted in the Sum of $ 100,000.00.

           \_\_\_\_\_  Unsecured Appearance Bond $ \_\_\_\_\_

           \_\_\_\_\_  Appearance Bond with 10% Deposit

           _X_  Appearance Bond with Surety

           \_\_\_\_\_  Corporate Surety Bail Bond

           (Other): The defendant is ordered to appear on 12/26/2023 at 10:30

    _X_  a.m. before Magistrate Judge Peter H. Kang, Courtroom F, 450 Golden Gate Ave., San Francisco, CA 94102.

Sacramento County Jail is further ORDERED to release the defendant with a

_X_  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 18, 2023 at 2:45 p.m.

                                          By: _/s/ Jeremy Peterson_

                                                    Magistrate Judge Jeremy D. Peterson